**D. W. CRAWFORD and Dwight B. Crawford, Appellants,**

v.

**UNITED STATES of America.**

**No. 15254.**

United States Court of Appeals
Eighth Circuit.

April 7, 1955.

Joe L. Maynes, Aberdeen, S. D., for appellants.

Clinton G. Richards, U. S. Atty., and K. J. Morgan, Asst. U. S. Atty., Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, without costs to either party in this Court, on stipulation of parties.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**AMERICAN TELEVISION, Inc., a Missouri Corporation.**

**No. 15265.**

United States Court of Appeals
Eighth Circuit.

April 8, 1955.

Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

I. Harvey Levinson, Washington, D. C., for respondent.

PER CURIAM.

Withdrawal of petition for enforcement of Order of National Labor Relations Board, certified record and proposed decree from consideration by Court granted, on stipulation of parties.

**Edward Arthur McCORMICK, Petitioner,**

v.

**UNITED STATES of America.**

**No. 15346.**

United States Court of Appeals
Eighth Circuit.

May 10, 1955.

Edward Arthur McCormick, pro se.

George E. MacKinnon, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for the United States.

PER CURIAM.

Motion of petitioner for leave to proceed on appeal in forma pauperis from order of United States District Court for District of Minnesota denied.

**Helen McKNIGHT, Appellant,**

v.

**BRUCE MOTOR FREIGHT, Inc., a Corporation.**

**No. 15287.**

United States Court of Appeals
Eighth Circuit.

May 13, 1955.

R. E. Killmar and W. W. Reynoldson, Osceola, Iowa, for appellant.

Frank W. Davis and Ray H. Johnson, Jr., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.